UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CLINT B. MOSS, | Case No. 3:17-cv-00277-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| ATTORNEY GENERAL, *et al.*, | |
| Respondents. | |

On May 1, 2017, Clint B. Moss, a prisoner at Nevada's Ely State Prison, submitted for filing a petition for writ of habeas corpus (ECF No. 1-1), a motion for appointment of counsel (ECF No. 1-2), and a financial certificate of the sort used to support an application to proceed *in forma pauperis* (ECF No. 1-3).

Moss has not paid the $5 filing fee for this action, and, while he submitted a financial certificate, he did not submit an actual application to proceed *in forma pauperis.* For this reason, this case will be summarily dismissed, without prejudice to Moss initiating a new habeas corpus action.

If Moss wishes to initiate a new habeas corpus action, he must submit a petition for writ of habeas corpus together with payment of the $5 filing fee or an application to proceed *in forma pauperis*, on a correct form, fully completed, and accompanied by all necessary supporting material.

It is therefore ordered that this action is dismissed without prejudice.

1    It is further ordered that the Clerk of the Court send to petitioner, along with a copy
2 of this order, two (2) copies of his petition for writ of habeas corpus (ECF No. 1-1), two
3 (2) copies of the form for a petition for a writ of habeas corpus, two (2) copies of the form
4 for an application to proceed *in forma pauperis* for a prisoner, and any available
5 instructions regarding those forms.

DATED THIS 10th day of May 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE