# UNITED STATES DISTRICT COURT

***** DISTRICT OF___NEVADA_____

CLINT B. MOSS,

        Petitioner,                  **JUDGMENT IN A CIVIL CASE**

V.

                                CASE NUMBER:  **3:17-cv-00277-MMD-WGC**

ATTORNEY GENERAL, et al.,

        Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice.


  May 10, 2017                          **DEBRA K. KEMPI**
                                         Clerk


                             /s/ D. R. Morgan_____
                                    Deputy Clerk